FILE COPY

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
CLERK

**SCOTT J. SWEARINGEN**
(513) 564-7047
www.ca6.uscourts.gov

FILED
JAMES BONINI
CLERK

05 MAY 18 PM 3: 10

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Filed: May 18, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-3548
USA vs. Conn
District Court No. 02-00096

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [04-3548]. Volumes included: 1 Pl;

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

5/18/05
Date

Very truly yours,
Leonard Green, Clerk

Scott J. Swearingen
Records Management Deputy