FILED
JAMES BONINI
CLERK

05 OCT 12 PM 4:04

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

GREGORY A. CONN, )
　　　　　　　　　　　　　　　)
　　　Petitioner, )
　　　　　　　　　　　　　　　) Docket No. CR-1-02-96-1
　　　vs )
　　　　　　　　　　　　　　　) Civil No. CV245
UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　)
　　　Respondent, )

MOTION FOR STATUS OF CV245 (MOTION UNDER

28 USC § 2255)

　　　Now comes the petitioner, Gregory A. Conn, pro se, and moves this Honorable Court to provide status of: Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence Civil No. CV245 filed with this Honorable Court April 11, 2005.

　　　In support of this motion, petitioner states the following:

1.　I am the defendant in the above captioned case.

2.　On April 11, 2005, the above mentioned § 2255 motion was filed with this Honorable Court. To date, October 2, 2005, no response, other than the requested file copy, has been received.

3.　The petitioner at this time pleads with this Honorable Court for the status of the above mentioned motion.

4.　If, at the time this motion is received, no steps have

-1-

been taken to render a judgment concerning the above mentioned motion, I plead with this Honorable Court to please estimate a date on which steps will be taken to render a judgment.

4.  The petitioner wishes to thank this Honorable Court in advance for the requested status.

Respectfully submitted,

*Gregory A. Conn*
Gregory A. Conn
#03599-061   BG
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

CERTIFICATE OF SERVICE

I, Gregory A. Conn, swear under penalty of perjury that I have caused to be mailed a true copy of the foregoing Motion for CV245 status to:

> Kenneth L. Parker, AUSA
> Atrium II
> 221 East Fourt Street
> Suite 400
> Cincinnati, Ohio 45202

by depositing same within the prison mailbox with first-class postage affixed on this second day of October 2005.

> Gregory A. Conn
> #03599-061  BG
> Federal Medical Center
> P.O. Box 14500
> Lexington, KY 40512