UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

       v.                                CR-1-02-96
                                      Civil: C-1-05-245

GREGORY CONN,

       Defendant

### ORDER

Pending before this Court is Defendant's Motion to Vacate, Set Aside or Sentence, Pursuant to 28 U.S.C. 2255 and Motion to Obtain Grand Jury Transcripts.

The Government shall file a response to said motions on or before January 6, 2006. Defendant Gregory Conn shall file a reply on or before January 31, 2006.

**IT IS SO ORDERED.**

                                                  _____
                                                   Herman J. Weber
                                    Senior United States District Judge