UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

06 JAN 23 PM 12: 41

| | |
|---|---|
| GREGORY A. CONN,<br><br>    Petitioner,<br><br>vs<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent, | C-1-05-0245<br><br>CR-1-02-096<br><br>Gregory A. Conn's response to the Government's response concerning (A) Motion to Correct or Vacate Sentence (Doc 37) (B) Motion to Obtain Grand Jury Transcripts (Doc 35)<br><br>Senior Judge Weber |

    Now comes the Petitioner, Gregory A. Conn, of pro se status. In support of this response to the government's response in concerns to: (A) Motion to Correct or Vacate Sentence and (B) Motion to Obtain Grand Jury Transcripts, the Petitioner states the following:

1. I am the defendant in the above captioned cases.

2. I, the Petitioner, request that my pleadings be granted liberal construction pursuant to Haines v. Kerner, 404 U.S. 519 (1972) and; Malone v. Colyer, 710 F.2d 248 (6th Cir. 1983).

3. (A) Motion to Correct or Vacate Sentence:

    I felt the need to voice my objections. I have, without doubt, pursued my right to do so. I have voiced my objections in such a manner that, coupled with the facts surrounding this case, Constitutional injustices are established beyond doubt.

I must now leave this matter to the integrity and principles of right and wrong of the United States Justice System.

4.  (B)  Motion to Obtain Grand Jury Transcripts:

This motion only adds to a multitude of facts substantiating diligent pursuit of justice in the case at hand. Should this Honorable Court see fit, I humbly request that this motion be held in abeyance until an order is handed down in reference to: (A) Motion to Correct or Vacate Sentence.

5.  No higher duty, no more solemn responsibility, rests upon the United States Justice System "than that of Upholding the Very Substance of this land of the Free Nation that 'We the People' reside in." That genuine truth being "The Constitution of the United States."

I, Gregory Allen Conn, pray that this Honorable Court will hand down their decision based upon the rights "Guaranteed" to every human being subject to our Constitution, of whatever race, creed, or persuasion. Respectfully submitted this 19th day of January 2006.

Gregory A. Conn
#03599-061   BG Unit
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

I hereby swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and ability and that the original and one copy were mailed to the District Court at 100 East Fifth Street, Cincinnati, OH 45202, on this 14th day of January 2006.

                                              Gregory A. Conn
                                              #03599-061   BG Unit
                                              Federal Medical Center
                                              P.O. Box 14500
                                              Lexington, KY 40512

CERTIFICATE OF SERVICE

I, Gregory A. Conn, swear under the penalty of perjury that I have caused to be mailed a true copy of the foregoing Response to the Government's Response concenring (A) Motion to Correct or Vacate Sentence) Doc 37) and Motion to Obtain Grand Jury Transcripts (Doc 35) to:

Kenneth L. Parker, AUSA
Atrium II
221 East Fourth Street
Suite 400
Cincinnati, OH 45202

by deposting same within the prison mailbox with first-class postage affixed on this 19th day of January 2006.

Gregory A. Conn
#03599-061   BG Unit
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512