**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees

Sent To  Gregory A Conn
         03599-061
Street, Apt. No.;  Federal Medical Center
or PO Box No.     PO Box 14500
City, State, ZIP+4  Lexington, OH 40512

7001 2510 0008 6348 5185

PS Form 3800, January 2001    See Reverse for Instructions

CERTIFIED MAIL

7001 2510 0008 6348 5185