| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>*Dan Penn* | C. Date of Delivery<br>10-23-02 |
| 1. Article Addressed to:<br><br>Gregory A Conn<br>03599-061<br>Federal Medical Center<br>PO Box 14500<br>Lexington, OH 40512 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6348 5185 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

Case 0:00-cr-00299-HJW    Document 440    Filed 01/08/03    Page 1 of 1