IN THE UNITED STATES COURT OF APPEALS

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

|  |  |
|---|---|
| GREGORY A. CONN, ) | |
| ) | |
| Petitioner-Appellant, ) | |
| ) | |
| vs ) | Docket No: 1:02-cr-96 HJW |
| ) | United States v. Conn |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent-Appellee. ) | |
| ) | |

NOTICE OF APPEAL

Comes now Gregory Conn, Petitioner-Appellant, pro se, and respectfully submits this Notice of Appeal in the matter of the Judgment rendered by the United States District Court for the Southern District of Ohio, Honorable Herman J. Weber, Senior Judge. The Judgment denying Appellant's Motion to Vacate, Set Aside, or Correct his sentence filed pursuant to 28 United States Code, Section 2255 (doc. no. 37) and Motion to Obtain Grand Jury Transcripts (doc. no. 35).

The District Court Order being appealed was filed October 18, 2006.

Respectfully submiited on this 25th day of October 2006.

Gregory A. Conn, pro se
#03599-061   BG Unit
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

## CERTIFICATE OF SERVICE

I, Gregory A. Conn, do hereby certify under the penalty of perjury that I have caused to be mailed to the addressees below a true and accurate copy of the foregoing by depositing same within the prison mailbox with first-class postage affixed on this 25th day October 2006, here at FMC Lexington, Kentucky.

*Gregory A. Conn*
Gregory A. Conn
#03599-061   BG Unit
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

Office of the Clerk
U.S. District Court
100 East Fifth Street
Cincinnati, OH 45202

Kenneth L. Parker, AUSA
Atrium II Building
Suite 400
221 E. Fourth Street
Cincinnati, OH 45202

Office of the Clerk
U.S. Court of Appeals
Sixth District
100 East Fifth Street
Room 532
Cincinnati, OH 45202