Marion Adjustment Center
95 Raywick Rd.
St. Mary, KY 40063

05/16/07

07 MAY 21 PM 2:13

United States District Court
100 East Fifth Street
Cincinnati, OH 45202

Re: Case # 1:02-CR-96, Appeal # 06-4557

Dear Clerk,

Please consider this to be a sincere request for a up to date docket sheet in reference to the above Case and Appeal numbers. Sometime ago a change of address notice was forwarded to you. By any chance this notice was somehow overlooked? Please take notice at this time. The changes of address that have taken place this year have been beyond my control.

Many thanks in advance for your assistance. A S.A.S.E has been enclosed for return of the requested docket sheet.

Sincerely,
[signature]

RECEIVED
MAY 21 2007
JAMES BONINI, Clerk
CINCINNATI, OHIO