Gregory
1218 West Oak Street
Louisville, KY 40210

01/18/08

FILED
JAMES BONINI
CLERK

08 JAN 23 PM 1:51

Office of the Clerk
U.S. District Court
100 East, Fifth Street
Cincinnati, OH 45202

RE: Notice of address change and request for updated docket sheet.
(CR-1-02-96-01) HJW

Dear Clerk,

Hello, Hopeful that all is first-rate. Please take notice of address change. Please forward any and all newly docketed documents to the above address. I am still in the custody of KY state corrections. The above address is a halfway house, Dismas Charities, Viersen Center.
Please forward to the above address a up to date docket sheet. A SASE has been included for convenience.
Your assistance is greatly appreciated.

Sincerely,
Greg C.